# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN CHRISTIAN CASTLEBERRY,   )   Case No.:  2:23-cv-03951-PD
                             )
          Plaintiff,         )   ORDER AWARDING EQUAL
                             )   ACCESS TO JUSTICE ACT
     vs.                     )   ATTORNEY FEES AND EXPENSES
                             )   PURSUANT TO 28 U.S.C. § 2412(d)
KILOLO KIJAKAZI,             )   AND COSTS PURSUANT TO 28
Acting Commissioner of Social )   U.S.C. § 1920
Security,                    )
                             )
          Defendant          )
_____)


     Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

     IT IS ORDERED that fees and expenses in the amount of $1,540.00 as

authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

awarded subject to the terms of the Stipulation.

DATE: September 6, 2023

                         *PATRICIA DONAHUE*

     _____
                    THE HONORABLE PATRICIA DONAHUE
                    UNITED STATES MAGISTRATE JUDGE